| | |
|---|---|
| 1 | Young Cho |
| | Attorney at Law: 189870 |
| 2 | Law Offices of Lawrence D. Rohlfing |
| | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
| | Tel.: (562)868-5886 |
| 4 | Fax: (562)868-8868 |
| | E-mail: rohlfing.office@rohlfinglaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Carol D. Davis |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROL D. DAVIS, | ) | Case No.: CV 10-6818 MRW |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) | ATTORNEY FEES AND EXPENSES |
| | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) | U.S.C. § 1920 |
| | ) | |
| Defendant | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,900.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   September 1, 2011

                                                      /s/ Judge Wilner
                                THE HONORABLE MICHAEL R. WILNER
                                UNITED STATES MAGISTRATE JUDGE